UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.: 2:25-12062-DMG (ADS) Date: November 13, 2026

Title: *Frank David Maez v. Daniel Romero et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: FAILURE TO PROSECUTE**

On September 30, 2026, the Court issued an Order Dismissing Complaint with Leave to Amend (the "Order"). (Dkt. No. 9.) The Order found Plaintiff's Complaint is subject to partial dismissal and granted Plaintiff leave to amend. (Id. at 4.) The Court ordered Plaintiff to elect to proceed with one of three options identified in the Order by no later than **October 28, 2026.** (Id.) To date, no response from Plaintiff has been received.

**Plaintiff is ORDERED TO SHOW CAUSE by no later than November 20, 2026, why this action should not be dismissed for failure to prosecute.** The filing of a Notice of election of one of the options identified in the Court's Order or a First Amended Complaint and by **November 20, 2026** will discharge this Order to Show Cause.

If Plaintiff no longer desires to pursue this action, Plaintiff may also request a voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a). The Clerk of Court is directed to attach a Notice of Dismissal Form (CV-009) to this Order for Plaintiff's convenience.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 2:25-12062-DMG (ADS) Date: November 13, 2026

Title: *Frank David Maez v. Daniel Romero et al.*

**Plaintiff is hereby cautioned that failing to comply with this Order may result in the recommendation that this action be dismissed for failure to prosecute, obey Court orders pursuant to Federal Rule of Civil Procedure 41(b), and failure to comply with the Court's Local Rules.**

**IT IS SO ORDERED.**

Initials of Clerk kh